NEWMAN D. WAINRIGHT AS ADMINISTRATOR OF THE ES-
TATE OF DAVID L. ALVAREZ, DECEASED JOSEPH G.
ALVAREZ AND WILLIAM H. RIVERS, APPELLANTS,
VS. THOMAS V. PORTER, HELLEN A. RICHARD, J.
M. JOHNS, J. L. WYNN, WILLIAM T. DIXON AND
JOHN B. DIXON, PARTNERS AS WILLIAM T. DIXON
& BRO.; E. P. PINNEY AND C. H. JOHNSON, PART-
NERS AS PINNEY & JOHNSON; SAMUEL J. BERRY,
J. WISNER AND H. F. LOHMAN, PARTNERS AS
BERRY, WISNER & LOHMAN, AND FRANK D. LA-
LANNE, DOING BUSINESS UNDER THE FIRM NAME
AND STYLE OF FRANK D. LALANNE & CO., APPEL-
LEES.

Appellate Practice—Consideration of case on abstract of record.

Where a cause is submitted to the appellate court upon extracts
    of the record as prescribed by the rules of practice for the
    government of such court, and no exceptions to such ab-
    stracts are interposed they are thereby admitted to be true
    and correct; and, under the rules, the appellate court is re-
    quired, in such a case, to consider and dispose of the cause
    upon such abstracts alone without reference to the trans-
    cript of the record; and if no error is made to appear by such
    abstracts the decree of the court below will be affirmed.

Appeal from the Circuit Court for Bradford County.

*Thomas E. Bugg* and *J. T. Wills* for Appellants.

No appearance for Appellee.                    . .

PER CURIAM.

This cause coming on for final adjudication in its

regular order on the docket and being submitted to the court upon abstracts of the record that are not excepted to and therefore admitted to be true and correct, which, under the rules, requires our consideration of the case upon such abstracts alone without reference to the transcript of the record; and upon due consideration the court finds that no errors are made to appear by the said abstracts, it is, therefore, ordered and adjudged that the decrees of the court below in said cause are hereby affirmed at the cost of the appellants.